Form order – ntcorder

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

In Re:  Anthony Trimble and Nancy M. Trimble
Debtor

                                                                              Case No.: 06−22616−RTL
                                                                              Chapter 7

Theodore Liscinski Jr.
Plaintiff

v.

Cambridge Management Group
Defendant

Adv. Proc. No. 07−02115−RTL                         Judge: Raymond T. Lyons Jr.

### NOTICE OF JUDGMENT OR ORDER
**Pursuant to Fed. R. Bankr. P. 9022**

      Please be advised that on March 20, 2008, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 28 − 18
Opinion (related document:[18] Motion To Stay Pending Appeal (related document:[13] Order (Generic), Order (Generic)) filed by Defendant Cambridge Management Group).. The following parties were served: Plaintiff, Plaintiff's Attorney, Defendant, Defendant's Attorney. Signed on 3/18/2008 (wdr, )

      Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: March 20, 2008
JJW: wdr

                                                                           James J. Waldron
                                                                           Clerk